IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGH TECH NATIONAL, LLC, d/b/a HIGH TECH LOCKSMITHS, *Plaintiff,* <br><br> v. <br><br> CHARLES STEAD and CHARLES STEAD ENTERPRISES, INC., *Defendants.* | MISCELLANEOUS ACTION NO. 19-191 |

## ORDER

AND NOW, this 2nd day of July, 2020, upon consideration of Plaintiff High Tech National, LLC d/b/a/ High Tech Locksmiths' Motion for Order of Contempt (ECF No. 7) and its Supplemental Memorandum in Support of Motion for Contempt (ECF No. 17), after a telephonic hearing on the motion (ECF No. 17) at which Defendants Charles Stead and Charles Stead Enterprises, Inc. failed to appear, and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Plaintiff's Motion is **GRANTED** and, because they have yet to comply with High Tech's properly issued and served subpoenas seeking documents supporting its claims in *HTL, et al. v. Wiener, et al.*, Civ. A No. 19-2489 (S.D. Ind.), Charles Stead and Charles Stead Enterprises, Inc. are **IN CONTEMPT** of the Court's Order of January 23, 2020. (ECF No. 4.)

It is **FURTHER ORDERED** that:

1. Charles Stead and Charles Stead Enterprises, Inc. shall **COMPLY** with the Court's Order of January 23, 2020 by immediately responding to High Tech's subpoenas.

2. If Charles Stead and Charles Stead Enterprises, Inc. respond to High

Tech's subpoenas, High Tech shall immediately inform the Court. Otherwise, High Tech shall report the status of its efforts to obtain their compliance to the Court on July 10, July 17, July 24 and July 31.

3. Effective **today**, Charles Stead and Charles Stead Enterprises, Inc. shall pay a **fine of $1,000 per day** to the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania until such time as they respond to High Tech's subpoenas **or** until Friday, July 31, 2020, whichever comes first. Stead and CSE are jointly and severally liable for payment of the fine.

4. If Charles Stead and/or Charles Stead Enterprises, Inc. have not responded to High Tech's subpoenas by Friday, July 31, 2020, High Tech may petition the Court for an extension of the daily fine **or may request that the Court issue a warrant to arrest Charles Stead for civil contempt**.

5. In addition, Charles Stead and Charles Stead Enterprises, Inc. are jointly and severally liable to High Tech for reimbursement of the fees and costs it has incurred in pursuing compliance with its subpoenas since the Court granted its motion to compel on January 23, 2020. High Tech may file a petition for its attorney's fees and costs on or before **Friday, July 31, 2020**.

It is **FURTHER ORDERED** that High Tech shall **SERVE** copies of the Court's Memorandum and this Order on Charles Stead and Charles Stead Enterprises, Inc., shall confirm that they have done so in an email to Chambers_of_Judge_Pappert@paed.uscourts.gov, and shall file appropriate proofs of service with the Court.

It is **STILL FURTHER ORDERED** that consistent with Federal Rule of Civil

Procedure 4.1(b), the U.S. Marshal is directed to take all appropriate measures to effectuate this Order.

BY THE COURT:

/s/ Gerald J. *Pappert*
GERALD J. PAPPERT, J.
