**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HIGH TECH NATIONAL, LLC,
d/b/a HIGH TECH LOCKSMITHS,
                    *Plaintiff,*

         v.

CHARLES STEAD and CHARLES
STEAD ENTERPRISES, INC.,
                    *Defendants.*

MISCELLANEOUS ACTION
NO. 19-191

### <u>ORDER</u>

**AND NOW**, this 27th day of August, 2020, upon consideration of the motion (Dkt. No. 30) of Defendants Charles Stead and Charles Stead Enterprises, Inc. seeking relief from the Court's contempt order of July 2, 2020 and the response in opposition of Plaintiff High Tech National, LLC d/b/a/ High Tech Locksmiths (Dkt. No. 34), it is **ORDERED** that Defendants' motion is **DENIED** and Defendants shall pay a contempt fine of $13,000 to the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania.

It is **FURTHER ORDERED** that upon consideration of High Tech's petition for an award of attorneys' fees and costs (Dkt. No. 32), Defendants' response (Dkt. No. 35) and High Tech's reply (Dkt. No. 36), the petition is **GRANTED** and **JUDGMENT IS ENTERED** in favor of High Tech and against Defendants for $19,153 in attorneys' fees and $600 in costs, together with such additional reasonable attorneys' fees and costs which may be incurred in the collection and enforcement necessary to achieve satisfaction of the judgment.

It is **STILL FURTHER ORDERED** that Stead and CSE are jointly and

severally liable for the contempt fine and the attorneys' fees and costs and they shall pay the amounts due on or before **Friday, September 11, 2020**.

BY THE COURT:


*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.